```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00151
    ARTHUR LEE YOUNG SR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
     SSN XXX-XX-7669


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/04/2007 and was confirmed 03/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/26/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
ALLIANT CREDIT UNION    SECURED VEHIC   37723.72           .00         3530.63
ALLIANT CREDIT UNION    UNSECURED      NOT FILED           .00             .00
ASPIRE                  UNSECURED      NOT FILED           .00             .00
CB & T/ASPIRE           NOTICE ONLY    NOT FILED           .00             .00
ECAST SETTLEMENT CORP   UNSECURED        600.49            .00             .00
CAPITAL ONE BANK        UNSECURED      NOT FILED           .00             .00
CAPITAL ONE BANK        UNSECURED      NOT FILED           .00             .00
CONSUMER CREDIT COUNSELI UNSECURED     NOT FILED           .00             .00
HSBC CARD SERVICES      UNSECURED       8920.31            .00             .00
TARGET NATIONAL BANK    UNSECURED       3857.83            .00             .00
PETER FRANCIS GERACI    DEBTOR ATTY      994.00                            .00
TOM VAUGHN              TRUSTEE                                         219.37
DEBTOR REFUND           REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                3,750.00

PRIORITY                                         .00
SECURED                                     3,530.63
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          219.37
DEBTOR REFUND                                    .00
                   ---------------      ---------------
TOTALS                 3,750.00             3,750.00



            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 00151 ARTHUR LEE YOUNG SR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/23/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |